UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORPHEUS GRANT, individually and on behalf of all other persons similarly situated who were employed by AM COMMUNICATIONS LTD, AM COMMUNICATIONS LLC.; AM COMMUNICATIONS OF OHIO LLC; and/or any other entities affiliated with or controlled by AM COMMUNICATIONS, LTD.; AM COMMUNICATIONS LLC; and AM COMMUNICATIONS OF OHIO LLC;<br><br>                                                          Plaintiffs,<br><br>            -against-<br><br>AM COMMUNICATIONS, LTD.; AM COMMUNICATIONS LLC; AM COMMUNICATIONS OF OHIO LLC; and any related entities,<br><br>                                                          Defendants. | No. 3:20-cv-05126-DNH-ML<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of James E. Murphy, sworn to on July 5, 2023 and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable David N. Hurd, at the United States Courthouse for the Northern District of New York, located at 15 Henry Street Binghamton, NY 13901, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: July 7, 2023

                                        */s/ James Emmet Murphy*
                                        James Emmet Murphy, Esq.
                                        Michele A. Moreno, Esq.
                                        VIRGINIA & AMBINDER, LLP
                                        40 Broad Street, 7th Floor
                                        New York, New York 10004
                                        Tel:    (212) 943-9080
                                        jmurphy@vandallp.com

                                                    -and-

                                        */s/ Frank S. Gattuso*
                                        Frank S. Gattuso
                                        GATTUSO & CIOTOLI, PLLC

-2-

    The White House
    7030 E. Genesee Street
    Fayetteville, New York 13066
    (315) 314-8000
    fgattuso@gclawoffice.com

    *Attorneys for Plaintiff Settlement Class*