UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORPHEUS GRANT, individually and on behalf of all other persons similarly situated who were employed by AM COMMUNICATIONS LTD, AM COMMUNICATIONS LLC.; AM COMMUNICATIONS OF OHIO LLC; and/or any other entities affiliated with or controlled by AM COMMUNICATIONS, LTD.; AM COMMUNICATIONS LLC; and AM COMMUNICATIONS OF OHIO LLC;<br><br>Plaintiffs,<br><br>-against-<br><br>AM COMMUNICATIONS, LTD.; AM COMMUNICATIONS LLC; AM COMMUNICATIONS OF OHIO LLC; and any related entities,<br><br>Defendants. | No. 3:20-cv-01526-DNH-ML<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of James E. Murphy, sworn to on November 16, 2023, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable David N. Hurd, at the United States Courthouse for the Northern District of New York, located at 15 Henry Street Binghamton, NY 13901, on a return date set by the Court, for an Order granting final approval of the settlement of this action, an award of attorneys' fees and costs for legal services, settlement claims administration fees, and service awards, and for any further relief as this Court sees fit.

Dated: November 16, 2023

/s/ *James Emmet Murphy*
James Emmet Murphy, Esq.
Michele A. Moreno, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel:   (212) 943-9080
Fax:   (212) 943-9082
jmurphy@vandallp.com

-and-

*/s/ Frank S. Gattuso*
Frank S. Gattuso
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com


*Attorneys for Plaintiff Settlement Class*